THE LAWRENCE PARK REALTY COMPANY, Respondent, v. POWELL CRICHTON, Executor, etc., of MINNA LOMBARD CRICHTON, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

BANY LEVY, Respondent, v. PHILIP MUROFF, Defendant. NORTHERN ASSURANCE COMPANY, Appellant.— Motion for reargument denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

JACOB MANTINBAND and MAURICE A. WEISS, Respondents, v. B. G. K. REALTY CORPORATION and BECKIE PINTO, Appellants.— Motion to dismiss appeal denied. Kelly, P. J., Manning, Young and Kapper, JJ., concur; Lazansky, J., dissents.

MARCUS M. McCULLOUGH, as Trustee in Bankruptcy, etc., Respondent, v. LOUISA AUDITORE, Defendant. FRANK AUDITORE, Appellant.— Motion to dispense with printing record on the two former appeals granted. The original remittiturs may be handed up on the argument. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

SELINA McNAB, Respondent, v. JOHN DUNSMURE McNAB, Appellant.— Motion to dismiss appeal denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

WILLIAM PRIME, Appellant, v. WESTERN ELECTRIC COMPANY, Respondent.— Motion to vacate order dismissing appeal denied. Present — Kelly, P. J., Manning, Young and Kapper, JJ.; Lazansky, J., not voting.

EDWARD C. QUIGG and ELIZA C. QUIGG, Appellants, v. GEORGE K. TREADWAY and Others, Respondents.— Motion for stay granted. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

HERMAN RODGERS and Others, Respondents, v. BERTHA DEVELOPMENT COMPANY, Defendant. SAMUEL MICHAEL, Appellant.— Motion to resettle order denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

SIGMUND SEIDEN, Respondent, v. S. S. & S. BUILDING CORPORATION and EAGLE INDEMNITY COMPANY, Appellants. MILTON R. BLOCH, Defendant.— Motion for extension of time granted on condition that appellants perfect the appeal for the January term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

ALBERT R. SMITH, Suing on Behalf of Himself and Other Stockholders of the TRIPLEX GOLD MINES, LTD., etc., Respondent, v. DUNCAN B. HARRISON and Others, Appellants.— Motion for stay denied, with leave to renew upon decision of application pending before the Special Term. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

KATHERINE STOLPE, Respondent, v. STANLEY SERGEANT, Appellant.— Motion to vacate order dismissing appeal granted on condition that appellant within ten days from the entry of the order herein file an undertaking, with corporate surety, providing for payment of the judgment in case the same should be affirmed. In the event of the filing of such undertaking, the appeal is set down for the January term; otherwise, the motion is denied. Present — Kelly, P. J., Manning Young, Kapper and Lazansky, JJ.